# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| BROTHER MORENO CONSTRUCTION, LLC, | : | No. 261 EAL 2022 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| AIXIAN PROPERTIES, LLC AND NESTOR COLON, | : | |
| | : | |
| Petitioners | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 7th day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.